# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2130

_____

Larry Crutchfield,                                    *
                                                      *
          Appellant,                                  *
                                                      *
     v.                                               *   Appeal from the United States
                                                      *   District Court for the Eastern
Clifford Terry, Warden, Wrightsville                  *   District of Arkansas.
Unit, ADC; Robert Perry, Major,                       *
Wrightsville Unit, ADC;                               *   [UNPUBLISHED]
John Blankenship, Hearing Office,                     *
Arkansas Department of Correction;                    *
Robert Clark, Hearing Administrator,                  *
Arkansas Department of Correction;                    *
Larry Norris, Director, Arkansas                      *
Department of Correction; Rick Toney,                 *
Warden, Varner Unit, ADC;                             *
Greg Harmon, Warden, Maximum                          *
Security Unit, ADC; Hazel Boyd,                       *
Classification Officer, Maximum                       *
Security Unit, ADC,                                   *
                                                      *
          Appellees.                                  *

_____

Submitted:  February 7, 2003
     Filed:  March 10, 2003

_____

Before McMILLIAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Larry Crutchfield, an Arkansas inmate, appeals the district court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 action. After de novo review, see Peter v. Wedl, 155 F.3d 992, 996 (8th Cir. 1998), we affirm.

Crutchfield's damages claims for an allegedly wrongful disciplinary conviction are barred because he has not successfully challenged the conviction. See Edwards v. Balisok, 520 U.S. 641, 644-48 (1997); Heck v. Humphrey, 512 U.S. 477, 489 (1994); Portley-El v. Brill, 288 F.3d 1063, 1066-67 (8th Cir. 2002). In any event, the summary judgment record shows that his due process claims fail on their merits: the victim's statement supports the disciplinary conviction, see Goff v. Dailey, 991 F.2d 1437, 1442 (8th Cir.) (due process is satisfied if disciplinary committee based its decision on "some evidence" in record), cert. denied, 510 U.S. 997 (1993); the disciplinary hearing officer stated his reasons for finding Crutchfield guilty of assault, see Wolff v. McDonnell, 418 U.S. 539, 558-70 (1974) (elements of due process in prison disciplinary hearing); and defendants' violation of prison policy does not amount to a denial of due process, see Kennedy v. Blankenship, 100 F.3d 640, 643 (8th Cir. 1996) (state's failure to follow its own procedural rules does not state federal claim). Further, Crutchfield has no constitutional right to be housed in any particular prison or to receive a particular classification. See Olim v. Wakinekona, 461 U.S. 238, 245 (1983); Moody v. Daggett, 429 U.S. 78, 88 n.9 (1976).

Accordingly, we affirm, but we modify the judgment to reflect that the adverse grant of summary judgment does not count as a strike under 28 U.S.C. § 1915(g).

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.